

### Health Care Financing Administration

Medicare    Medicaid    SCHIP    What's New    Site Index

# TENNESSEE STATEWIDE HEALTH REFORM DEMONSTRATION

**FACT SHEET**

---

**Name of Section 1115 Demonstration:** TennCare

**Date Proposal Submitted:** June 16, 1993

**Date Proposal Approved:** November 18, 1993

**Date Implemented:** January 1, 1994

## SUMMARY

TennCare is a statewide program to provide health care benefits to Medicaid beneficiaries, uninsured State residents and those whose medical conditions make them uninsurable. Enrollment is capped at 1.4 million. If the cap is reached, those in the mandatory Medicaid coverage and uninsurable groups will continue to be enrolled, while enrollment of the currently uninsured groups will be limited. All enrollees are served in capitated managed care organizations (MCOs) that are health maintenance organizations (HMOs). Current enrollment is about 1.3 million.

## ELIGIBILITY

Three distinct groups are offered coverage:

- All persons meeting the eligibility requirements of the Medicaid program as it existed in fiscal year 1993. Current enrollment in this group is about 803,000.
- Persons with an existing or prior existing health conditions causing them to be uninsurable. This population is now nearly 10 percent of all enrollees.
- Persons who are not eligible -- either directly or as a dependent -- for an employer-sponsored or government-sponsored health plan as of March 1, 1993. While enrollment will not be restricted for those currently eligible for Medicaid or the uninsurable, the cap on total enrollment may limit the number of uninsured served. Current enrollment of uninsurable and previously uninsured individuals is about 546,000. Enrollment is currently open to uninsured children and uninsurables.

## BENEFIT PACKAGE

**FILED**

MAR 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

http://www.hcfa.gov/medicaid/1115/tnfact.htm

4/24/2002

A standard benefit package is provided by managed care organizations (MCOs).

TennCare benefits are more generous than those offered under Medicaid for acute care, generally in that they remove most limitations on number of episodes covered. The plan emphasizes preventive care by providing all preventive care to adults and children without copayments or deductibles.

On June 30, 2000, HCFA approved the State=s request to carve out pharmacy benefits from the MCO capitation rate for those individuals also eligible for Medicare.

### ENROLLMENT/DISENROLLMENT PROCESS

Those deemed Medicaid-eligible are enrolled for a 1-year period. Those in the uninsured group are enrolled for a 1-year period as long as they continue to pay their premiums.

The State may involuntarily disenroll those in the uninsured group who fail to pay premiums.

Individuals who are severely and persistently mentally ill (SPMI) were brought into managed care in July 1996. They are now served by the same BHOs that provide behavioral health services to the rest of the TennCare population (See section on "TennCare Partners Program" below.)

Long term care is not included in the managed care plan.

### DELIVERY SYSTEM

The State has contracted with 10 MCOs. The MCOs contract with providers on a fee-for-service or capitation basis.

Services for Children's Plan enrollees (children in State custody or at risk of custody) are currently being provided through the existing State delivery system.

### QUALITY ASSURANCE

The State has a contract with an independent external quality review organization (EQRO). Yearly reviews have been completed and health plans have begun to implement changes in many of the areas that were identified as needing improvement.

### COST-SHARING

All adults and children with incomes above 100 percent of the Federal Poverty Level (FPL) are required to pay, except those in Medicaid eligibility groups. Cost-sharing is in the form of premiums, deductibles, and copayments based on income.

Participants with incomes over 100 percent FPL pay their premiums on a graduated fee schedule so that payments will increase as income increases. Premiums include individual premiums and family premiums.

Deductibles are on a graduated scale, but none are required for mandatory Medicaid eligibles. Deductibles are $250 for an individual and $500 for a family with incomes between 101 and 199 percent FPL.

Copayments are up to 10 percent of costs, based on a graduated scale for enrollees with incomes between 101 and 199 percent FPL (other than mandatory Medicaid eligibles) and would be 10 percent of the cost of a service for those at or above 200 percent FPL.

Cost-sharing expenditures are limited by annual out-of-pocket maximums of $1,250 per individual/family, excluding premium payments.

To encourage use of preventive services, no deductible or copayment is required for such services.

## TENNCARE PARTNERS PROGRAM

Implemented on July 1, 1996, as part of the TennCare section 1115 demonstration project, the TennCare Partners Program provides behavioral health and substance abuse services to all TennCare enrollees through a complete carve-out program. All mental health and substance abuse services that were previously offered by managed care organizations (MCOs), as well as those provided through the Tennessee Department of Mental Health and Mental Retardation, is provided under the new plan by one of two behavioral health organizations (BHOs).

Eligibility and Coverage: Eligibility is determined as currently defined by the TennCare program; however, BHO enrollees are divided into two groups, Basic and Priority participants. The Basic benefit package provides standard episodic care services, while the Priority package is an expanded group of services provided to those who are most severely ill.

The 1.3 million Basic participants are entitled to the basic service benefit package for mental health and substance abuse services which has been offered by MCOs since TennCare was implemented.

Priority participants are those who have been evaluated by the State and identified as SPMI. This group has traditionally been served by the Community Mental Health Centers (CMHCs) who were contracted by the Tennessee Department of Mental Health and Mental Retardation on a fee-for-service basis. All attempts have been made to preserve these existing provider relationships.

Delivery System: BHOs contract with the State to provide services and receive monthly capitation payments for each enrollee.

BHOs currently have the five State regional mental institutions in their networks, although they are not required to do so. In addition, CMHCs are used as safety net providers. Both BHOs have contracted with all CMHCs.

Coordination of care between the MCO and BHO is a contractual requirement for the plans. The State has required the plans to meet regularly to address issues that arise in providing care.

...................... Fact Sheet



Page 4 of 4

The State believes that virtually all current behavioral health providers are in at least one of the BHO networks.

Choice of Provider: The BHOs each associate with several of the MCOs, with some overlap. Initially, the State assigned beneficiaries to one of the two BHOs via the enrollees= associated MCO, while providing an option to change if a provider of long standing was not in the network. Enrollees have free choice of providers from within the assigned BHO network, and may change BHOs by changing MCOs at the annual change enrollment period.

10/20/00

**Contact:**
Clarke Cagey, 410-786-7700 or E-mail CCagey@hcfa.gov.



Medicare.gov | Department of Health and Human Services | NMEP

Home | Privacy Policy | Feedback | Help | Website Accessibility



://www.hcfa.gov/medicaid/1115/tnfact.htm

4/24/2002