**Methodist Healthcare - Memphis Hospitals**
**FYE 1998**

**Reimbursement Impact of DSH (Medicaid Days)**

| | |
|---|---:|
| Per NPR | |
| Total Medicaid Days | 55,845 |
| Total DSH Reimbursement | $ 17,311,206 |
| | |
| Additional Medicaid Waiver Days | 8,229 |
| | |
| Revised Total Medicaid Days | 64,074 |
| Revised Total DSH Reimbursement | $ 19,609,422 |
| | |
| Additional Reimbursement | $ 2,298,216 |

06 0579

**FILED**

MAR 29

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT