UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Methodist Healthcare-Memphis Hospitals )
1211 Union Avenue )
Memphis, Tennessee 38104-6619 )
)
      Plaintiff, )
) Case No. 1:06CV00579 (RJL)
Michael O. Leavitt, Secretary of the )
United States Department of Health and )
Human Services )
200 Independence Avenue, S.W. )
Washington, D.C. 20201 )
)
      Defendant. )
)

## NOTICE OF FILING

Plaintiff in the above-captioned Civil Action, Methodist Healthcare-Memphis Hospitals, hereby gives Notice of filing the following documents in the record of this case:

    Letter of January 26, 2006, from Mary Susan Philp to Susanne Cochran, Esq., Re: FYE 12/31/98 (with attachments)

    Letter of January 26, 2006, from Mary Susan Philp to Susanne Cochran, Esq., Re: FYE 12/31/99 (with attachments)

    Letter of February 10, 2006, from Mary Susan Philp to Susanne Cochran, Esq., Re: FYE 12/31/00 (with attachments)

    Certified Mail Letter of February 2, 2006 from Susanne Cochran, Esq. to Mary Susan Philp, Esq., Re: FYE 12/31/98

    Certified Mail Letter of February 2, 2006 from Susanne Cochran, Esq. to Mary Susan Philp, Esq., Re: FYE 12/31/99

    Certified Mail Letter of March 7, 2006 from Susanne Cochran, Esq. to Mary Susan Philp, Esq., Re: FYE 12/31/00

These documents, which are attached to this Notice, collectively comprise the attachments, referred to as Exhibits A and B in the Complaint filed March 29, 2006, that were intended to be attached to the original Complaint as filed with this Court. However, it appears that the Attachment to the Complaint as filed is incomplete, and contains only one of the documents referred to in Plaintiff's pleading. Plaintiff therefore seeks to correct this error by filing the attached documents, which represent a complete copy of the correspondence and orders referenced as Exhibits A and B in the recently filed Complaint.

Respectfully submitted,

*Edith S. Marshall*
EDITH S. MARSHALL DC Bar #328310
Powers Pyles Sutter & Verville, P.C
1875 Eye Street N.W., 12th Floor
Washington, D.C. 20006-5409
(202) 466-6550

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing, along with a complete copy of the attached documents, has been served upon Defendant by sending true and correct copies thereof, along with a summons and copy of the complaint as originally filed in this case, to the following federal officials at the following addresses:

>Michael O. Leavitt, Secretary of the United States
>Department of Health and Human Services
>200 Independence Avenue, SW
>Washington, DC  20201
>
>Alberto R. Gonzales, United States Attorney General
>Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC  20530
>
>Kenneth L. Wainstein
>U. S. Attorney for the District of Columbia
>Department of Justice
>555 4th Street5, NW
>Washington, DC  20530

Such service has been made on this 5th day of April, 2006, upon Defendant Michael O. Leavitt and upon Attorney General Alberto Gonzales by Certified Mail, and upon the United States Attorney for the District of Columbia by hand delivery.

I further certify that a copy of this Court's Case Management Order of April 4, 2006 was included and served on the above-listed federal officials along with this Notice of Filing.

*Edith S. Marshall*
EDITH S. MARSHALL DC Bar #328310
Powers Pyles Sutter & Verville, P.C
1875 Eye Street N.W., 12th Floor
Washington, D.C. 20006-5409
(202) 466-6550