A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Methodist Healthcare-Memphis
Hospitals )
        Plaintiff(s) )
                      ) **APPEARANCE**
                      )
                      )
        vs. )  CASE NUMBER   06cv579 (RJL)
Michael Leavitt, Secretary, HHS )
                      )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Mary Susan Philp   as counsel in this
                                     (Attorney's Name)

case for:   Methodist Healthcare-Memphis Hospitals
               (Name of party or parties)

April 7, 2006
Date

*[Signature]*
Signature

295287
BAR IDENTIFICATION

Mary Susan Philp
Print Name

1875 Eye Street, NW, 12th Floor
Address

Washington, DC 20006-5409
City        State       Zip Code

202-466-6550
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2006, a copy of the foregoing Entry of Appearance has been served upon Defendant by first-class mail, postage prepaid, addressed as follows:

Michael O. Leavitt, Secretary of the United States
U.S. Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

Alberto R. Gonzales, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Kenneth L. Wainstein
U.S. Attorney for the District of Columbia
U.S. Department of Justice
555 4th Street, NW
Washington, DC 20530.

Respectfully submitted,

*/s/ Mary Susan Philp*
Mary Susan Philp
D.C. Bar 295287
Powers Pyles Sutter & Verville, P.C.
1875 Eye Street, NW, 12th Floor
Washington, DC 20006-5409
(202) 466-6550

{D0101855.DOC / 1}