# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Methodist Healthcare-Memphis Hospitals,<br><br>Plaintiff,<br><br>Michael O. Leavitt, Secretary of the United States Department of Health and Human Services,<br><br>Defendant. | Case No. 1:06CV00579 (RJL) |

## NOTICE OF FILING AFFIDAVITS AND PROOF OF SERVICE

Plaintiff in the above-captioned case, through its undersigned counsel, hereby gives Notice of filing in the record of this case the attached affidavits of service of the summons and complaint on the Defendant Secretary of Health and Human Services, the Attorney General of the United States, and the United States Attorney for the District of Columbia, along with the attached copies of documents constituting proof of service.

Respectfully submitted,

*Edith S. Marshall*
EDITH S. MARSHALL DC Bar #328310
Powers Pyles Sutter & Verville, P.C
1875 Eye Street N.W., 12th Floor
Washington, D.C. 20006-5409
(202) 466-6550

{D0102887.DOC / 1}