UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Methodist Healthcare-Memphis Hospitals, )
                    Plaintiff, )
                                               ) Case No. 1:06CV00579 (RJL)
Michael O. Leavitt, Secretary of the )
United States Department of Health and )
Human Services, )
                    Defendant. )

**AFFIDAVIT OF SERVICE BY CERTIFIED MAIL**

I hereby certify under penalty of perjury that I am not a party to this action, that I am not less than 18 years of age, and that the summons and complaint in this case were served upon defendant, Michael O. Leavitt, Secretary, Department of Health and Human Services, by certified mail, return receipt requested, at 200 Independence Avenue, SW, Washington, DC, on April 11, 2006.

*/s/ Cynthia E. S. Staats*
Cynthia E. S. Staats
Powers Pyles Sutter & Verville, P.C.
1875 Eye Street, N.W.
12th Floor
Washington, DC 20006
(202) 466-6550

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

Methodist Healthcare-Memphis Hospitals, )
)
Plaintiff, )
) Case No. 1:06CV00579 (RJL)
Michael O. Leavitt, Secretary of the )
United States Department of Health and )
Human Services, )
)
Defendant. )

## ATTACHMENT: PROOF OF SERVICE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Laurence_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): LAWRENCE    C. Date of Delivery: 4-11-06 |
| 1. Article Addressed to:<br>Michael O. Leavitt, Secretary of the US Dept of Health and Human Services<br>200 Independence Ave, SW<br>Washington, DC 20201 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 0550 0000 9116 9803 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Methodist Healthcare-Memphis Hospitals, )
)
Plaintiff, )
) Case No. 1:06CV00579 (RJL)
Michael O. Leavitt, Secretary of the )
United States Department of Health and )
Human Services, )
)
Defendant. )

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I hereby certify under penalty of perjury that I am not a party to this action, that I am not less than 18 years of age, and that the summons and complaint in this case were served upon defendant through Alberto R. Gonzales, Attorney General of the United States, U. S. Department of Justice, by certified mail, return receipt requested, at 950 Pennsylvania Avenue, NW, Washington, DC, on April 11, 2006.

Cynthia E. S. Staats
Powers Pyles Sutter & Verville, P.C.
1875 Eye Street, N.W.
12th Floor
Washington, DC 20006
(202) 466-6550

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Methodist Healthcare-Memphis Hospitals,<br><br>Plaintiff,<br><br>Michael O. Leavitt, Secretary of the<br>United States Department of Health and<br>Human Services,<br><br>Defendant. | Case No. 1:06CV00579 (RJL) |

**ATTACHMENT: PROOF OF SERVICE**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto R. Gonzales
   United States Attorney General
   Department of Justice
   950 Pennsylvania Ave, NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _[signature]_
C. Date of Delivery: APR 11 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 0550 0000 9116 9810

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Methodist Healthcare-Memphis Hospitals, )<br>)<br>Plaintiff, )<br>) <br>Michael O. Leavitt, Secretary of the )<br>United States Department of Health and )<br>Human Services, )<br>)<br>Defendant. )<br>) | Case No. 1:06CV00579 (RJL) |

## AFFIDAVIT OF SERVICE

I hereby certify under penalty of perjury that I am not a party to this action, that I am not less than 18 years of age, and that the summons and complaint in this case were served upon defendant's counsel, the United States Attorney, for the District of Columbia, by hand delivering a copy thereof to an individual authorized to accept service on his behalf at Judiciary Center, 555 4th Street, NW, Washington, DC, on April 5, 2006.

_____
Cynthia E. S. Staats
Powers Pyles Sutter & Verville, P.C.
1875 Eye Street, N.W.
12th Floor
Washington, DC 20006
(202) 466-6550

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Methodist Healthcare - Memphis Hospitals
1211 Union Avenue
Memphis, Tennessee 38104-6619

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, Secretary of the United States
Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

CASE NUMBER   1:06CV00579

JUDGE: James Robertson

CASE N

DECK TYPE: Administrative Agency Rev
27
DATE STAMP: 03/■■/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein
U.S. Attorney for the District of Columbia
Department of Justice
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edith S. Marshall

Powers Pyles Sutter & Verville, P.C.
1875 Eye Street, NW, 12th Floor
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         MAR 29 2006
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4/05/06 |
| NAME OF SERVER (PRINT) Bryn BECK | TITLE Courier |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: __Mr. R. Rowan__

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __4/05/06__
Date

Signature of Server

Best Messenger
1513 P St
WDC 20006
Address of Server
986-0100

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.