UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

METHODIST HEALTHCARE-MEMPHIS HOSPITALS, )
    Plaintiff,                                                             )
                                                                    )
    v.                                                                )      Civ. Action No. 06-0579 (PLF)
                                                                 )
MICHAEL O. LEAVITT,                         )
Secretary, United States Department of       )
Health and Human Services,                )
                                                                  )
    Defendant.                                                )

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

                                                    Respectfully submitted,

                                                    /s/

                                                  PETER S. SMITH, D.C. Bar #465131
                                                  Assistant United States Attorney
                                                  United States Attorney's Office
                                                  Civil Division
                                                  555 4th Street, N.W.
                                                  Washington, D.C. 20530
                                                  (202) 307-0372