IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METHODIST HEALTHCARE-MEMPHIS HOSPITALS, )<br>)<br>       Plaintiff, )<br>)<br>   v. )<br>)<br>MICHAEL O. LEAVITT,  )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>       Defendant. )<br>_____) | Civil No. 06-0579 (RJL) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF THE DEFENDANT'S TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of United States Department of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves for a twenty-one (21) day enlargement of the Secretary's time to answer or otherwise respond to Plaintiff's Complaint. In support of the instant motion, the Secretary states as follows:

   1. This action was initiated with the filing of a Complaint on March 29, 2006.

   2. The Secretary's response to Plaintiff's Complaint is currently due by June 5, 2006. Fed. R. Civ. P. 6(a), 12(a)(3)(A).

   3. Plaintiff challenges a regulation and policy issued by the Secretary implementing a provision of the Medicare statute regarding additional Medicare payments to hospitals that serve "a significantly disproportionate number of low-income patients." Plaintiff additionally challenges determinations which the Secretary made in accordance with such regulation and policy for fiscal years 1998 through 2000. The matters at issue in this action are complex and

require careful investigation of the administrative record before the Secretary answers or otherwise responds to the Complaint.

    4. In the process of preparing the Secretary's answer to Plaintiff's complaint, Defendant's counsel discovered that the Secretary will need additional time in order to compile the administrative record for this case. The Office of Attorney Advisor (OAA) within the Centers for Medicare & Medicaid Services (CMS) is responsible for compiling administrative records for all actions filed in courts throughout the country that challenge the Secretary's final decisions on provider reimbursement disputes. OAA is currently in the process of working to compile the complete administrative record for this case.

    6. In order to allow sufficient time for OAA to compile the complete the record, and for Defendant's counsel to review the complete record and prepare an appropriate response to the Complaint, the Secretary respectfully requests an enlargement of time of twenty-one (21) days, up to and including June 26, 2006 within which to respond to the Complaint.

    7. Pursuant to Local Civil Rule 7(m), on June 1, 2006, the Secretary's counsel contacted Plaintiff's counsel to discuss the relief requested in this Motion. Plaintiff's counsel stated that Plaintiff had no objection to the requested relief.

    8. This request is made in good faith and not for purposes of delay.

    9. The Secretary has not previously requested or been given an extension of time to respond to the Complaint.

    10. There are no other previously scheduled deadlines in this case; the Court's granting of this motion for enlargement of time will not affect any previously scheduled deadlines.

    A proposed Order is attached.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

_____/s/_____
PETER S. SMITH
Assistant United States Attorney
D.C. Bar No. 465131
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-0372/FAX: (202) 514-8780


TRACEY GLOVER
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

_____Counsel for the Defendant