IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METHODIST HEALTHCARE-MEMPHIS HOSPITALS,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of Health and Human Services,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 06-0579 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Having considered the Defendant's Unopposed Motion for Enlargement of the Defendant's Time to Answer or Otherwise Respond to the Complaint, it is this _____ day of June, 2006,

ORDERED that the Defendant's Unopposed Motion for Enlargement of the Defendant's Time to Answer or Otherwise Respond to the Complaint is hereby granted, and it is further

ORDERED that Defendant shall have through and including June 26, 2006 to answer or otherwise respond to the Plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE