UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METHODIST HEALTHCARE-MEMPHIS HOSPITALS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>Defendant. ) | Civ. Action No. 06-0579 (JR) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached certified administrative record in the above-captioned action. Because the administrative record is only 207 pages, in accordance with the Court's ECF rules, it has been filed in electronic form only.

Respectfully submitted,

s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

s/

PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372