IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METHODIST HEALTHCARE-MEMPHIS HOSPITALS,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of Health and Human Services,<br><br>                Defendant. | Civil No. 06-0579 (RJL) |

**JOINT MOTION TO STAY THE PROCEEDINGS**

Defendant Michael O. Leavitt and Plaintiff Methodist Healthcare jointly move this Court for an order staying the above-captioned action pending a final non-appealable determination in the case of *Cookeville Regional Medical Center, et al. v. Leavitt*, Civil No. 04-1053 (JR) ("*Cookeville*"), which is also currently before this court, or in the alternative, until the *Cookeville* case is otherwise dismissed.

This Motion is brought pursuant to this Court's equitable powers and discretion. This Motion is based upon this Notice, the attached Memorandum of Points and Authorities, all files, records and evidence on file in this case, and upon any such matter as may be presented at any hearing on this motion.

Pursuant to Local Rule 7(m), the parties have conferred regarding the substance of this Joint Motion. A proposed order is attached.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

/s/
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220 / FAX: (202) 514-8780

/s/
TRACEY GLOVER
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., SW
Room 5309, Cohen Building
Washington, DC 20201
(202) 205-8705 / Fax: (202) 401-1405

Counsel for Defendant

/s/
EDITH MARSHALL
D.C. Bar No. 328310
MARY SUSAN PHILP
D.C. Bar No. 295287
Powers Pyles Sutter & Verville, P.C.
1875 Eye Street, NW, Twelfth Floor
Washington, D.C. 20006-5409
(202) 466-6550 / FAX: (202) 785 1756

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METHODIST HEALTHCARE-MEMPHIS HOSPITALS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>Defendant. )<br>_____ ) | Civil No. 06-0579 (RJL) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES'
JOINT MOTION TO STAY THE PROCEEDINGS**

Michael O. Leavitt, Secretary, United States Department of Health and Human Services, Defendant in the above-captioned action, and Methodist Healthcare, Plaintiff in the above-captioned action, respectfully submit this Joint Motion to Stay the Proceedings pending a final, non-appealable decision in the case of *Cookeville Regional Medical Center, et al. v. Leavitt*, United States District Court for the District of Columbia ("DDC"), Civil No. 04-1053 (JR) ("*Cookeville*") or, in the alternative, until *Cookeville* is otherwise dismissed. As explained in detail below, *Cookeville* involves substantially the same primary legal issues as the present case. A final, non-appealable determination on the merits in *Cookeville* may be instructive to the Court in the instant case and therefore may impact the necessity and scope of litigation in this Court.

**I        PRELIMINARY STATEMENT AND BACKGROUND**

The Plaintiff filed this action in the United States District Court of the District of Columbia on March 29, 2006. The case involves the Plaintiff's challenge to determinations by

the Defendant regarding a Medicare payment adjustment for hospitals that service a disproportionate number of low-income patients, commonly referred to as a "Medicare DSH payment". In particular, Plaintiff's Complaint concerns the Secretary's policy regarding the treatment of "section 1115 expansion population days" in determining Medicare DSH payments. On June 26, 2006, the Secretary filed his Answer to Plaintiff's Complaint. To date, no additional proceedings related to the substance of the case have taken place.

At the time Plaintiff filed its Complaint, another case was pending before the United States District Court for the District of Columbia involving substantially the same substantive issue as the present case. *Cookeville, supra,* involves a challenge by a group of Tennessee hospitals to the Secretary's policy regarding section 1115 expansion population days. On October 28, 2005, the Honorable Judge James Robertson issued an order granting summary judgment in favor of the plaintiff hospitals in *Cookeville*. Final judgment was entered against the Secretary on February 2, 2006.

On February 13, 2006, the Secretary filed a Rule 59(e) motion to alter the judgment in *Cookeville* in light of recent legislative enactments addressing Medicare DSH payments. The briefing on the Secretary's motion to alter the judgment in *Cookeville* is now complete.

Prior to filing his motion to alter the judgment, the Secretary also filed a notice appealing the judgment in *Cookeville*. On March 9, 2006, the United States Court of Appeals for the District of Columbia Circuit issued an order holding the appeal in *Cookeville* in abeyance pending further order of the Court.

The Plaintiff's action in this case likely will be significantly impacted by a final, non-appealable order on the merits in the *Cookeville* case. Therefore, the parties respectfully request

that this Court stay the present action until a final, non-appealable judgment is issued in *Cookeville* or until the *Cookeville* case is otherwise dismissed.

## II    ARGUMENT

This Court has the discretion to stay the proceedings in this case pending the outcome of the *Cookeville* case. "A trial court has broad discretion to stay all proceedings in an action pending the resolution of independent proceedings elsewhere." *See IBT/Here Employee Representatives' Council v. Gate Gourmet Div. Americas*, 402 F. Supp. 2d 289, 292 (D.D.C. 2005) (*citing Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S. Ct. 163 (1936)). It is an appropriate use of such discretion to stay an action when the resolution of another case will bear upon the action. *See id*. Given the connection between the present case and *Cookeville*, it would be a sound use of the Court's discretion to stay this case pending the resolution of *Cookeville*.

The outcome of the *Cookeville* case may impact the future scope and perhaps even the necessity of litigation in the present case. A final, non-appealable order in *Cookeville* could resolve the question at issue in this case - which concerns the treatment of section 1115 expansion population days in determining Medicare DSH payments - and foreclose the need for the parties in this case to litigate the same issue. If the *Cookeville* case is resolved without the issuance of a final non-appealable order (e.g., dismissal in the Court of Appeals on procedural grounds that do not address any substantive issues) the parties in this case will submit a briefing schedule and resume litigation (if necessary). Granting a stay in this case until the section 1115 waiver days issue has been resolved in the *Cookeville* case issue will promote judicial economy and efficiency by ensuring that the issue is not litigated in multiple forums at the same time. *See Naegle v. Albers,* 335 F. Supp. 2d 129, 144 (D.D.C. 2005) (stating that "'litigating essentially the

same issues in two separate forums is not in the interest of judicial economy or in the parties' best interests'") (internal citations omitted).

Granting a stay in this case is particularly appropriate because both parties are in agreement that a stay is warranted in light of *Cookeville.*

### III    CONCLUSION

In light of the foregoing, the parties respectfully request the Court to order a stay of all proceedings in this case until either a final, non-appealable order is issued in the *Cookeville* case or the *Cookeville* case is otherwise dismissed.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

_____/s/_____
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220 / FAX: (202) 514-8780

_____/s/_____
TRACEY GLOVER
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., SW
Room 5309, Cohen Building
Washington, DC 20201
(202) 205-8705 / Fax: (202) 401-1405

Counsel for Defendant

/s/
EDITH MARSHALL
D.C. Bar No. 328310
MARY SUSAN PHILP
D.C. Bar No. 295287
Powers Pyles Sutter & Verville, P.C.
1875 Eye Street, NW, Twelfth Floor
Washington, D.C. 20006-5409
(202) 466-6550 / FAX: (202) 785 1756

Counsel for Plaintiff