# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METHODIST HEALTHCARE-MEMPHIS HOSPITALS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>Defendant. )<br>_____) | Civil No. 06-0579 (RJL) |

## ORDER

Upon consideration of the Parties' Joint Motion to Stay the Proceedings, and the entire record herein, it is this _____ day of July, 2006,

ORDERED that the Joint Motion be, and hereby is, GRANTED; and it is further

ORDERED that the above-captioned action is stayed pending a final non-appealable determination in the case of *Cookeville Regional Medical Center, et al. v. Leavitt*, Civil No. 04-1053 (JR), or in the alternative, until the *Cookeville* case is otherwise dismissed.

Dated:_____          _____
                                    UNITED STATES DISTRICT JUDGE