## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Methodist Healthcare-Memphis Hospitals, )<br><br>        Plaintiff, )<br><br>Michael O. Leavitt, Secretary of the<br>United States Department of Health and<br>Human Services, )<br><br>        Defendant. ) | Case No. 1:06CV00579 (RJL) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**THE CLERK OF THIS COURT** will please withdraw the appearance of Edith

Marshall as co-counsel of record for the plaintiff in the above-captioned case.  Ms.

Marshall is no longer employed with this firm, so we request that her name be removed

from the case.

Respectfully submitted,

_____/s/_____

Mary Susan Philp
(D.C. Bar No. 295287)
Powers Pyles Sutter & Verville PC
1501 M Street, N.W., 7th Floor
Washington, DC 20005
(202) 466-6550
Email Address:  susan.philp@ppsv.com

Counsel of Record for Plaintiff Methodist
Healthcare-Memphis Hospitals

Dated:  April 9, 2008